# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of November, two thousand twenty-four.

Before:     Barrington D. Parker,
                Raymond J. Lohier, Jr.,
                Alison J. Nathan,
                     *Circuit Judges.*

Jane Doe,

        Plaintiff - Appellant,

v.

The Trustees of Columbia University in The City of New York,

        Defendant - Appellee.

**ORDER**

Docket No. 23-960

    Appellant, pro se, moves for a recall of the Court's mandate issued on July 8, 2024.

    IT IS HEREBY ORDERED that the motion is DENIED.

                                           For the Court:
                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court

